No. 74–964.   One 1973 Cadillac Fleetwood et al. *v.* United States.   C. A. 8th Cir.   Certiorari denied.

No. 74–972.   Honneus *v.* United States.   C. A. 1st Cir. Certiorari denied.

No. 74–1046.   Blankner *v.* City of Chicago et al. C. A. 7th Cir.   Certiorari denied.

No. 74–1071.   Yellowstone Pine Co. *v.* United States et al.   Ct. Cl.   Certiorari denied.

No. 74–1101.   Globe Indemnity Co. *v.* Williams. C. A. 8th Cir.   Certiorari denied.

No. 74–1104.   Citizens Committee for Faraday Wood et al. *v.* Lindsay et al.   C. A. 2d Cir.   Certiorari denied.

No. 74–1108.   Republic Industries, Inc. *v.* Electronics Corporation of America.   C. A. 1st Cir.   Certiorari denied.

No. 74·1111.   United States Steel Corp. *v.* Dickerson et al.   C. A. 3d Cir.   Certiorari denied.

No. 74–1118.   Chugach Native Assn. et al. *v.* Central Council of Tlingit & Haida Indians of Alaska et al.   C. A. 9th Cir.   Certiorari denied.

No. 74–1119.   Alabama et al. *v.* Newman et al. C. A. 5th Cir.   Certiorari denied.

No. 74–1135.   Packard *v.* California et al.   C. A. 9th Cir.   Certiorari denied.